UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the Human Rights Defense Center,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, RICH MILLER, WILL BROWN, in their individual and official capacities; DOES 1-10, in their individual and official capacities,<br><br>Defendant. | Case No.: 3:14-cv-02417-L-NLS<br><br>Judge: Hon. M. James Lorenz<br><br>**ORDER (1) DISMISSING INDIVIDUAL DEFENDANTS AND CLAIMS FOR DAMAGES; AND (2) APPROVING CONSENT TO MAGISTRATE JUDGE JURISDICTION**<br><br>Trial Date: None Set |

Pending before the Court are the parties' Consent to Exercise Jurisdiction by a United States Magistrate Judge ("Consent," doc. no. 73) and Joint Motion to Dismiss Individual Defendants and Claims for Damages ("Joint Motion," doc. no. 74). As provided in the Joint Motion and the Settlement Agreement of Equitable Claims filed November 18, 2015 ("Settlement," doc. no. 60-1), the parties agree to dismiss certain defendants and damages claims with prejudice from this action. The only remaining defendants are the County of San Diego and William D. Gore in his official capacity as the Sheriff of the County of San Diego (and any of his successors in that position in their

official capacities). In the Settlement, the parties agreed to injunctive relief for equitable claims until January 1, 2021, along with the Court's continuing jurisdiction over disputes arising from the Settlement. The parties consented to magistrate judge jurisdiction.

Accordingly, **IT IS ORDERED** as follows:

1. The Joint Motion is granted pursuant to Federal Rule of Civil Procedure 41(a).

2. Defendants Rich Miller, in his individual and official capacity; (2) Will Brown, in his individual and official capacity; (3) Does 1-10 in their individual and official capacities; and (4) William D. Gore in his individual capacity are **DISMISSED WITH PREJUDICE**.

3. Pursuant to 28 U.S.C. §636(c) and Civil Local Rule 72.1, the Consent is **APPROVED**.

4. The Magistrate Judge shall retain jurisdiction over all disputes between and among the parties arising out of the Settlement, including but not limited to the interpretation and enforcement of its terms.

Dated: May 17, 2016

_____
Hon. M. James Lorenz
United States District Judge