ERNEST GALVAN – 196065
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: egalvan@rbgg.com
bthompson@rbgg.com
jyelin@rbgg.com

JULIA YOO – 231163
GRACE S. JUN – 287973
IREDALE & YOO APC
105 West "F" Street, 4th Floor
San Diego, California 92101-6087
Telephone: (619) 233-1525
Facsimile: (619) 233-3221
Email: jyoo@iredalelaw.com
gjun@iredalelaw.com

SABARISH NEELAKANTA – Fla. Bar No. 26623*
HUMAN RIGHTS DEFENSE CENTER
Post Office Box 1151
Lake Worth, Florida 33460-1151
Telephone: (561) 360-2523
Facsimile: (866) 735-7136
Email:
sneelakanta@humanrightsdefensecenter.org

* Admitted *Pro Hac Vice*

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the Human Rights Defense Center,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, RICH MILLER, WILL BROWN, in their individual and official capacities; DOES 1-10, in their individual and official capacities,<br><br>Defendants. | Case No. 3:14-cv-02417-L-NLS<br><br>**JOINT MOTION FOR ENTRY OF JUDGMENT**<br><br>Judge: Hon. M. James Lorenz<br><br>Hearing Date: Feb. 26, 2018<br>Hearing Time: 11:00 AM<br>Location: Courtroom 5B |

[3216915.4]

The parties, Prison Legal News, County of San Diego, William D. Gore in his Official Capacity, through their respective counsel, hereby stipulate as follows:

1.      On January 26, 2018, this Court directed the parties to file a stipulated judgment that includes a reservation of jurisdiction.  (Dkt No. 78 at 3.)

2.      The parties have agreed to such a stipulated judgment, which is attached hereto.

DATED:  February 6, 2018          Respectfully submitted,


                                         ROSEN BIEN GALVAN & GRUNFELD LLP


                                         By:      */s/ Ernest Galvan*
                                                  Ernest Galvan
                                                  Attorneys for Plaintiff
                                                  Email:  egalvan@rbgg.com



DATED: February 6, 2018          THOMAS MONTGOMERY,
                                         COUNTY COUNSEL


                                         By:      */s/ James Chapin*
                                                  James M. Chapin
                                                  Attorneys for Defendants
                                                  E-Mail:  James.Chapin@sdcounty.ca.gov

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to James M. Chapin, counsel for County of San Diego and William Gore,

[3216915.4]

and that I have obtained Mr. Chapin's authorization to affix his electronic signature to this document.

DATED:  February 6, 2018          Respectfully submitted,


ROSEN BIEN GALVAN & GRUNFELD LLP


By:      *Ernest Galvan*
          Ernest Galvan
          Attorneys for Plaintiff
          Email:  egalvan@rbgg.com

[3216915.4]