UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the Human Rights Defense Center,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, RICH MILLER, WILL BROWN, in their individual and official capacities; DOES 1-10, in their individual and official capacities,<br><br>Defendants. | Case No. 3:14-cv-02417-L-NLS<br><br>**[PROPOSED]**<br>**STIPULATED JUDGMENT**<br><br>Judge: Hon. M. James Lorenz<br><br>Hearing Date: Feb. 26, 2018<br>Hearing Time: 11:00 AM<br>Location: Courtroom 5B |

Judgement is entered as follows:

1. All claims for relief against Defendants Rich Miller and Will Brown are dismissed with prejudice.

2. All damages claims for relief for against the County of San Diego and William D. Gore are dismissed with prejudice.

3. All equitable claims for relief against the County of San Diego and William D. Gore in his official capacity are resolved by the Settlement Agreement of Equitable Claims (Dkt. No. 60, Ex. 1), over which the parties stipulated to and this Court approved retention of jurisdiction by the Magistrate Judge for the term set

[3216918.2]

forth in the Settlement Agreement of Equitable Claims (Dkt. No. 75), "over all disputes between and among the parties arising out of the Settlement, including but not limited the interpretation and enforcement of its terms."

4. The action is dismissed subject to the following reservation of jurisdiction: The Magistrate Judge shall retain jurisdiction over all disputes between and among the parties arising out of the settlement agreement, including but not limited to the interpretation and enforcement of the terms of the settlement agreement.

DATED: _____, 2018

_____
Hon. M. James Lorenz
United States District Judge

[3216918.2]