# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the Human Rights Defense Center,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, RICH MILLER, WILL BROWN, in their individual and official capacities; DOES 1-10, in their individual and official capacities,<br><br>Defendants. | Case No. 3:14-cv-02417-L-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR ENTERY OF JUDGMENT AND STIPULATED JUDGMENT** |

For good cause shown, the Joint Motion for Entry of Judgment is granted. Accordingly, Stipulated Judgment is hereby entered as follows:

1. All claims for relief against Defendants Rich Miller and Will Brown are dismissed with prejudice.

2. All damages claims against the County of San Diego and William D. Gore are dismissed with prejudice.

3. All equitable claims for relief against the County of San Diego and William D. Gore in his official capacity are resolved by the Settlement Agreement of Equitable Claims (Dkt. No. 60, Ex. 1). The parties stipulated to, and this Court

approved, jurisdiction by the Magistrate Judge "over all disputes between and among the parties arising out of the Settlement, including but not limited the interpretation and enforcement of its terms," for the period set forth in the Settlement Agreement of Equitable Claims (Dkt. No. 75).

4. This action is hereby dismissed subject to the following reservation of jurisdiction: The Magistrate Judge shall retain jurisdiction over all disputes between and among the parties arising out of the settlement agreement, including but not limited to the interpretation and enforcement of the terms of the settlement agreement.

Dated: February 7, 2018

_____
Hon. M. James Lorenz
United States District Judge

[3222127.1]